# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Applebaum, Joel D. | US Bankruptcy Court for Eastern District of Michigan | 02/19/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge for E.D. Michigan | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court for the Eastern District of Michigan
226 West Second Street
Flint, Michigan 48502

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (unpaid position) | Access to Bankruptcy Court (not for profit corporation) |
| 2. | Director (unpaid position) | Legal Aid and Defender Association (not for profit corporation) |
| 3. | Partner | Clark Hill PLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005-2019 | Clark Hill Basic Pension Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Applebaum, Joel D.** | 02/19/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Clark Hill PLC law firm partner | $84,324.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Autoneum North American (annual salary) |
| 2. | 2019 | Nexteer Automotive (annual salary) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Applebaum, Joel D. | 02/19/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Bank of America Cash equivalent accounts | A | Interest | K | T | | | | | |
| 2. | MESP 529 College Savings Account (aged-Based) | | None | K | T | | | | | |
| 3. | | | | | | | | | | |
| 4. | Nexteer Automotive Retirement Account (H) | | | | | | | | | |
| 5. | - Fidelity US Bond Index Fund | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 6. | - American Funds 2045 Trgt Date Fund | A | Dividend | K | T | Buy | 10/01/19 | K | | |
| 7. | | | | | | | | | | |
| 8. | Capital Group/American Funds IRA Account #1 (H) | | | | | | | | | |
| 9. | - ABALX | A | Dividend | K | T | | | | | |
| 10. | - CWGIX | A | Dividend | K | T | | | | | |
| 11. | - AGTHX | A | Dividend | K | T | | | | | |
| 12. | - AMECX | A | Dividend | K | T | | | | | |
| 13. | - ANEFX | A | Dividend | K | T | | | | | |
| 14. | | | | | | | | | | |
| 15. | Capital Group/American Funds IRA (39) #2 (H) | | | | | | | | | |
| 16. | - AMRMX | A | Dividend | J | T | | | | | |
| 17. | - CAIBX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Applebaum, Joel D.** | 02/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - AGTHX | A | Dividend | J | T | | | | | |
| 19.   - NEWFX | A | Dividend | J | T | | | | | |
| 20.   - AWSHX | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |
| 22.   Charles Schwab One Account (54) (H) | | | | | | | | | |
| 23.   - Charles Schwab money market/sweep account | A | Interest | J | T | Open | 10/01/19 | J | | |
| 24.   - (BIV) VANGUARD INTERMEDIATE TERM BOND ETF | A | Dividend | K | T | Buy | 10/01/19 | K | | |
| 25.   - (BSV) VANGUARD SHORT-TERM BOND ETF | A | Dividend | K | T | Buy | 10/01/19 | K | | |
| 26.   - (DFCEX) DFA EMERGING MKTS CORE EQTY PORT INSTL | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 27.   - (DFGBX) DFA FIVE YEAR GLBL FIXED INCM PORT INSTL | A | Dividend | K | T | Buy | 10/01/19 | K | | |
| 28.   - (DFGEX) DFA GLBL REAL ESTATE SEC PORT INST | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 29.   - (DFLVX) DFA US LARGE CAP VALUE PORT INSTL | A | Dividend | K | T | Buy | 10/01/19 | K | | |
| 30.   - (DFSVX) DFA US SMALL CAP VALUE PORT INSTL | A | Dividend | K | T | Buy | 10/01/19 | K | | |
| 31.   - (DFIEX) DFA INTL CORE EQTY PORT INSTL | A | Dividend | K | T | Buy | 10/01/19 | K | | |
| 32.   - (DISVX) DFA INTL SMALL CAP VALUE PORT INSTL | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 33.   - (SWAGX) SCHWAB US AGGREGATE BOND INDEX FD | A | Dividend | K | T | Buy | 10/01/19 | K | | |
| 34.   - (SWISX) SCHWAB INTL INDEX FUND | A | Dividend | J | T | Buy | 10/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Applebaum, Joel D.** | 02/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - (SWTSX) SCHWAB TOTAL STOCK MKT INDEX | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 36. - (SWVXX) SCHWAB VALUE ADVANTAGE | A | Dividend | K | T | Buy | 10/01/19 | K | | |
| 37. - (VTI) VANGUARD TOTAL STOCK MARKET ETF | A | Dividend | K | T | Buy | 10/01/19 | K | | |
| 38. | | | | | | | | | |
| 39. Charles Schwab Rollover IRA Account (96) (H) | | | | | | | | | |
| 40. - Charles Schwab money market/sweep account | A | Interest | L | T | Open | 10/01/19 | L | | |
| 41. - (DFGBX) DFA FIVE YEAR GLBL FIXED INCM PORT INSTL | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 42. - (SWAGX) SCHWAB US AGGREGATE BOND INDEX FD | A | Dividend | K | T | Buy | 10/01/19 | K | | |
| 43. - (DFCEX) DFA EMERGING MKTS CORE EQTY PORT INSTL | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 44. - (DFGEX) DFA GLBL REAL ESTATE SEC PORT INST SEC PORT INST | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 45. - (DFLVX) DFA US LARGE CAP VALUE PORT INSTL | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 46. - (DFSVX) DFA US SMALL CAP VALUE PORT INSTL | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 47. - (SWISX) SCHWAB INTL INDEX FUND | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 48. - (SWTSX) SCHWAB TOTAL STOCK MKT INDEX | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 49. | | | | | | | | | |
| 50. Auto NA Retirement Savings Plan (H) | | | | | | | | | |
| 51. - TRP Ret I 2045 Fd I Cl | | None | | | Sold | 09/20/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Applebaum, Joel D.** | 02/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | | | | | |
| 53.   Clark Hill Salary Deferral Plan (H) | | | | | | | | | |
| 54.    - Fidelity Managed Income Port | A | Dividend | | | Sold | 09/15/19 | K | | |
| 55.    - Prudential Short Trm Corp BD Z | A | Dividend | | | Sold | 09/15/19 | K | | |
| 56.    - Vanguard Int Term Bond INV | A | Dividend | | | Sold | 09/15/19 | K | | |
| 57.    - Opperheimer SR Floating Rate I | A | Dividend | | | Sold | 09/15/19 | J | | |
| 58.    - Templeton Global Total Ret | A | Dividend | | | Sold | 09/15/19 | K | | |
| 59.    - JPMorgan Equity Income R6 | B | Dividend | | | Sold | 09/15/19 | K | | |
| 60.    - American Amcap R6 | B | Dividend | | | Sold | 09/15/19 | K | | |
| 61.    - Fidelity Value K | A | Dividend | | | Sold | 09/15/19 | K | | |
| 62.    - Alliance Bernstein Disc Growth | A | Dividend | | | Sold | 09/15/19 | K | | |
| 63.    - Victory Sm Co Opporrunity J | B | Dividend | | | Sold | 09/15/19 | K | | |
| 64.    - RS Select Growth Y | A | Dividend | | | Sold | 09/15/19 | K | | |
| 65.    - Am Europacific Growth R6 | A | Dividend | | | Sold | 09/15/19 | K | | |
| 66.    - Thornburg Developing World | A | Dividend | | | Sold | 09/15/19 | J | | |
| 67. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Applebaum, Joel D. | 02/19/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel D. Applebaum**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544